# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE MOSLEY<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-02110-DJC-JDP<br><br>District Judge: Daniel J. Calabretta<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SUZETTE MOSLEY ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 18, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $118,417.92 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: October 24, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE