**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZETTE MOSLEY,<br><br>         Plaintiff,<br><br>   vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>         Defendants. | Case No. 2:22-cv-02110-DJC-JDP<br><br>District Judge: Daniel J. Calabretta<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SUZETTE MOSLEY ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $25,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

///

///

///

///

///

///

1

**ORDER**

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $25,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 12, 2024. The Court will vacate the status hearing scheduled for June 13, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  June 13, 2024              /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE