# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE MOSLEY, | Case No.: 2:22-cv-02110-DJC-JDP |
| Plaintiff, | Hon. Daniel J. Calabretta |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |
| FCA US, LLC.; and DOES 1 through 10, inclusive | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  September 13, 2024    /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE